IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ROSE GOFF,** individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>**POLICYSCOUT, LLC,** a Utah company and **ENFUEGO HOLDINGS, LLC,** a Utah company,<br><br>      *Defendants.* | Case No. 2:21-cv-00880 |

## NOTICE OF DISMISSAL

Plaintiff Rose Goff provides notice of the dismissal of this action with prejudice as to the Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs. None of the rights of any putative class members, other than the Plaintiff, has been released or are otherwise affected by this dismissal.

DATED this 15th day of December, 2021.

                                                        By: /s/ Avi R. Kaufman
                                                      Avi R. Kaufman (FL Bar no. 84382)
                                                      kaufman@kaufmanpa.com
                                                      KAUFMAN P.A.
                                                      400 NW 26th Street
                                                      Miami, FL 33127
                                                      Telephone: (305) 469-5881

                                                      Stefan Coleman (FL Bar no. 30188)
                                                      law@stefancoleman.com
                                                      Law Offices of Stefan Coleman, P.A.
                                                      201 S. Biscayne Blvd,
                                                      28th Floor, Miami, FL 33131
                                                      Telephone: (877) 333-9427

                                                      *Attorneys for Plaintiff and the putative Class*